U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
SEALED
'05 JAN 25 P3:22
SOFRON B. NEDILSKY
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

05-CR033

Case No. 05-CR-
[Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 Title 18, U.S.C. § 1956(h)]

PEDRO FLORES and
MARGARITO FLORES,

Defendants.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Beginning in or about September 2001, and continuing thereafter until at least November 18, 2003, in the State and Eastern District of Wisconsin and elsewhere,

**PEDRO FLORES** and
**MARGARITO FLORES**

knowingly and intentionally conspired with each other, and with other persons known and unknown to the grand jury, to distribute and to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The offense involved five kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about April 17, 2003, in the State and Eastern District of Wisconsin,

**PEDRO FLORES** and
**MARGARITO FLORES**

knowingly and intentionally possessed with the intent to distribute a controlled substance.

2. The offense involved five kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).



Case 2:05-cr-00033-JPS Filed 01/25/05 Page 2 of 6 Document 1

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about November 18, 2003, in the State and Eastern District of Wisconsin,

**PEDRO FLORES** and
**MARGARITO FLORES**

knowingly and intentionally possessed with the intent to distribute a controlled substance.

2. The offense involved five kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. From on or about July 1, 2001, to on or about February 19, 2004, in the State and Eastern District of Wisconsin, and elsewhere,

**PEDRO FLORES** and
**MARGARITO FLORES**

knowingly and willfully conspired with each other, and with other persons known and unknown to the grand jury, to conduct financial transactions involving the proceeds of specified unlawful activity, knowing that the transaction is designed, in whole or in part, to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

Acts in Furtherance of the Conspiracy

2. In or about December 2001, Margarito Flores purchased the property at 17055 South Danielle Court, Oak Forest, Illinois for $254,900. Although Margarito Flores was the actual owner of the property, Flores put the property in the name of his girlfriend, (hereafter referred to as "Person A"), and another individual's name (hereafter referred to as "Person B").

3. In connection with the purchase, Person A and Person B applied for a mortgage from Fremont Investment and Loan. On the loan application, dated November 27, 2001, Person A provided false income information.

4. During 2003, Person A and Person B purchased money orders with proceeds from Margarito Flores' and Pedro Flores' drug trafficking to pay the $2,133.81 monthly mortgage.

5. In or about January 2003, Pedro Flores purchased the property at 613 Haley Meadows Drive, Romeoville, Illinois for $224,000 from Pedro Flores' girlfriend's (hereafter

referred to as "Person C") seventy-six (76) year old grandfather (hereafter referred to as "Person D"). Person D had purchased the property in or about October 2001, although he maintained his residence elsewhere in 2001 and 2002.

6. In connection with the purchase, Pedro Flores applied for a mortgage from Express Mortgage. On the loan application, Pedro Flores provided false income information. Pedro Flores reported he earned $6,000 monthly ($72,000 annually) from his business Millennium Cuts barbershop.

7. Pedro Flores paid over $13,000 at the closing in or about January 2003, and paid over $20,175 in total monthly mortgage payments during 2003 with proceeds from Pedro Flores' and Margarito Flores' drug trafficking.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE NOTICE

All property of the defendant involved in the offense set forth in this indictment, and all property traceable to such property, is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 982. The properties subject to forfeiture include the following:

a. Real property commonly known as 17055 South Danielle Court, Oak Forest, Illinois;

b. Real property commonly known as 613 Haley Meadows Drive, Romeoville, Illinois;

c. Real property commonly known as 5238 South Kildare, Chicago, Illinois;

d. Real property commonly known as 7131 South Homan Avenue, Chicago, Illinois; and

e. Real property commonly known as 7223 South Millard Avenue, Chicago, Illinois.

f. A 1996 Ford Bronco bearing vehicle identification number 1FMEU15H4TLB20946 seized from the residence located at 613 Haley Meadows Drive, Romeoville, Illinois, on or about February 19, 2004.

g. Approximately $10,000.00 used as a down payment on a vacant lot, which funds were seized from G.V. Designer Homes, Ltd., on or about September 17, 2004.

h. A money judgment in the amount of $500,000.

A TRUE BILL:

[redacted]
FOREPERSON

Date: 1-25-05

Steven M. Biskupic
STEVEN M. BISKUPIC
United States Attorney