Case Shall Remain Sealed

**COURT MINUTES**
**CRIMINAL**

Deputy Clerk: Brenda
Court Reporter: ______
Tape #: ____ Begin ____ End ____
Time Begin: ____ End ____

3:09:10
3:26:00

☒ Arraignment and Plea

☐ Arraignment and Plea on Superseding Indictment

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

☐ HONORABLE AARON E. GOODSTEIN presiding

☐ HONORABLE PATRICIA J. GORENCE presiding

☒ HONORABLE WILLIAM E. CALLAHAN, JR. presiding

**Date:** December 2, 2008
**Case No.** 05-CR-33

**United States v.**
(1) PEDRO FLORES
(2) MARGARITO FLORES
(3) ______

☒ Felony ☐ Misdemeanor

**Appearances:**

United States by: Gregory Haanstad
Deft by: (1) Robert Louis Rascia - f/both defts - Retained
(2) ______
(3) ______
U.S. Probation Agent Betty B.
Interpreter ______

☒ Defendant pleads not guilty as to both defts

☐ Court enters plea of not guilty

ST date: March 2, 2009
FPT: February 24, 2009 at 8:30 a.m.
TRIAL: March 2, 2009 at 8:30 a.m.
Judge: J P Stadtmueller
Magistrate Judge: William E. Callahan, Jr.

Trial Estimate: 2 weeks
Motions: December 22, 2008
Response: January 5, 2009
Reply: January 9, 2009

☐ Defendant advised of his/her rights

☒ Defendant advised of charges, penalties and fines by govt

☒ Court orders grand jury materials disclosed no later than one business day prior to trial

☐ Notice of e-filing designation distributed to counsel in open court

**REMARKS:** Court gives background of case. Court discuss Rule 44 with defts their right to separate counsel. Both defts state on record that they agree to have atty Rascia represent them.

05-CR-33 12-2-08

Defense counsel request indictment and all info remain sealed
- safety of defts family members
- cooperation w/agents
- request case remain sealed f/ 30 days
- family being removed f/Mexico

Govt concur w/ factual information presented by defense counsel

- Court order indictment/case be sealed for 30 days - until 1-2nd unless further order of the court - by close of business

Govt is following open file policy and will be available w/in 5 days

Govt seeking detention of both defts
- presumption

Defense state deft not contesting det at this time
Court enter order of det as to both defts on presumption

Ct1 both - 10 yrs - life, 4 million 5 - life SRT
Ct2 M. Flores - 10yrs - life " " "
Ct3 both - 10 yrs - life, 4 mill, 5 yrs - life SRT
Ct4 " - 20yrs, 500,000 4 yrs SRT