SEALED

# United States District Court
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'08 DEC -9 A9:58
JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA

V.

MARGARITO FLORES

## WARRANT FOR ARREST

CASE NUMBER: 05-CR-33

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Margarito Flores
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with:

Knowingly and intentionally conspired to distribute and to possess with the intent to distribute a controlled substance, Schedule II.

in violation of Title **21** United States Code, Section(s) 846,841(a)(1) and 841(b)(1)(A)

Sofron B. Nedilsky
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

January 26, 2005 Milwaukee, WI
Date and Location

Bail Fixed at $ ____________ by ____________
Name of judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ____________

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-26-05 | Douglas Bachert, ACDUSM | [signature] |
| DATE OF ARREST 12-1-08 | | |