UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | No. |
| v. | ) | |
| | ) | Judge J.P Stadtmueller |
| MARGARITO FLORES | ) | |

**<u>REQUEST FOR TRANSFER FOR PLEA AND SENTENCE PURSUANT TO RULE 20</u>**

Comes now the Defendant, Margarito Flores, in person and by counsel, Robert Rascia, and hereby offers the following in support of his request for transfer pursuant to Rule 20 of the Federal Rules of Criminal Procedure:

1. I have been charged in an indictment in the Eastern District of Wisconsin charging me with federal narcotics offenses, namely, conspiracy to possess with intent to distribute and to distribute five kilograms or more of cocaine, in violation of Title 21, United States Code, Section 846; possession with intent to distribute five kilograms or more of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); and money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

2. It is my intent to enter a plea of guilty to the indictment referenced above, and I hereby waive my right to a trial on the charged offenses in the Eastern District of Wisconsin.

3. I hereby consent to disposition of this case for plea and sentencing in the Northern District of Illinois.

4. I have been advised that the United States Attorneys in both districts will approve of this transfer and will offer such approval in writing to the Court.

WHEREFORE, the Defendant moves to transfer this case to the Northern District of Illinois.

Respectfully submitted,

5/15/09
DATE

Margarito Flores
Margarito Flores
Defendant

5/15/09
DATE

Robert Rascia
Attorney for Defendant



Case 2:05-cr-00033-JPS Filed 07/22/09 Page 2 of 2 Document 9